Judge Pauley

BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10006
(212) 885-5149

07 CV 10301



NOV 1 4 2007
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COBELFRET FERRIES NV,

Plaintiff,

v.

ADG SHIPMANAGEMENT, AMANDA
SHIPPING CO. and BALTICA SHIPPING
& TRADING,

Defendants.

07 Civ.

**VERIFIED COMPLAINT**

---

Plaintiff COBELFRET FERRIES NV ("Plaintiff"), as Charterer of the M/V AMANDA, by its attorneys Blank Rome, LLP, complaining of the above-named Defendants ADG SHIPMANAGEMENT, AMANDA SHIPPING CO. and BALTICA SHIPPING & TRADING, alleges upon information and belief as follows:

1.   This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. The Court has subject matter jurisdiction.

2.    At all material times, COBELFRET FERRIES NV was and now is a foreign company organized and existing under the laws of Belgium and the Charterer of the Motor Vessel AMANDA (the "Vessel").

3.    ADG SHIPMANAGEMENT GMB ("ADG") is a German registered company with offices at Ferdinandstrasse 2, 20095, Hamburg, Germany and in Riga, Latvia.

4.    AMANDA SHIPPING CO. is a foreign company, at all material times.

5.    BALTICA SHIPPING LTD. ("Baltica") is a Latvia company with its principal office and place of business at Balasta Dambis 70-6, LV-1048, Riga, Latvia. It is a ship's agent and the designated paying agent by ADG and Amanda for all hire earned on the Vessel.

### THE BASIC FACTS

6.    Cobelfret entered in a contract of charter party for the use of the vessel on or about May 13, 2003 (the "Charter").

7.    ADG invoiced Cobelfret for hire under the Charter and designated an account of Baltica, in Latvia, as "beneficiary."

8.    In or about May 2004 ADG assigned the Charter to Amanda, but remains liable with Amanda for all obligations under the Charter.

9.    In or about October 2007 the Vessel has suffered a complete and total engine failure requiring discharge of laden cargo and, according to ADG/Amanda, repairs in Odessa.

10.    The Vessel is now "off-hire" under the Charter and Cobelfret's own sub-charter.

11.    Despites under the Charter have arisen relating to Cobelfret's over-payment of hire, a speed and performance dispute and off-hire period.

12.    Plaintiff will issue against the M/V AMANDA in rem and her owners and/or demise charterers in the English High Court.  A true copy is Exhibit 4 to the accompanying Rule B affidavit (the "Writ").

13.    The Writ claims the following sums:

| | |
|---|---|
| Overpaid Hire: | €128,181 |
| Losses arising from breakdown and withdrawal of Vessel: | €550,000 |
| | €678,181 |

14.    ADA/Amanda has advised that it intends to sell the Vessel.

15.    The in personam disputes are subject to English law and London arbitration.  This action is expressly filed without prejudice to that right of arbitration.

## COUNT I

## RULE B RELIEF

16.    Plaintiff repeats paragraphs 1 through 11 as if fully set forth herein.

17.    Plaintiff seeks issuance of process of maritime attachment so that it may obtain security for its claims, as set out in the Writ, including its English attorneys' fees and arbitrators' fees which are routinely awarded in London arbitration and no security for Plaintiff's claim has been posted by ADG SHIPMANAGEMENT, AMANDA

SHIPPING CO. and BALTICA SHIPPING & TRADING or anyone acting on its behalf to date.

18.     At best as can now be estimated, Plaintiff expects to recover the following amounts in the arbitration:

| | | |
|---|---|---|
| A. | On the principal claim of Euros 678,181 at €1.46 = $1.00 | $ 990,144 |
| B. | Estimated Recoverable English Lawyers and Arbitrators' Fees & "Costs" | $ 300,000 |
| C. | Interest over the course of 3 years at prime rate average of 8% per annum: | $ 237,634 |
| | **TOTAL:** | $1,527,778 |

19.     Defendant cannot be found within this district within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Rule B"), but is believed to have, or will have during the pendency of this action, assets in this jurisdiction.

**WHEREFORE**, Plaintiff prays:

A.     That process in due form of law issue against ADG SHIPMANAGEMENT, AMANDA SHIPPING CO. and BALTICA SHIPPING & TRADING, citing it to appear and answer under oath all and singular the matters alleged in the Verified Complaint;

B.     That since Defendants cannot be found within this District pursuant to Rule B, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B attaching all of Defendants' tangible or intangible property or any other funds held by any garnishee, which are due and owing to Defendants up to the amount of $1,527,778 to secure the Plaintiff's claims, and that all

persons claiming any interest in the same be cited to appear and, pursuant to Rule B, answer the matters alleged in the Verified Complaint;

    C.    That this Court retain jurisdiction over this matter through the entry of a judgment or award associated with the pending claims including appeals thereof.

    D.    That Plaintiff may have such other, further and different relief as may be just and proper.

Dated: New York, NY
       November 13, 2007

                    Respectfully submitted,
                    BLANK ROME, LLP
                    Attorneys for Plaintiff

                    By _____
                    Jeremy J.O. Harwood (JH 9012)
                    405 Lexington Avenue
                    New York, NY 10174
                    Tel.: (212) 885-5000

## **VERIFICATION**

STATE OF NEW YORK      )
                                              : ss.:
COUNTY OF NEW YORK   )

Jeremy J.O. Harwood, being duly sworn, deposes and says:

1.    I am a member of the bar of this Honorable Court and of the firm of Blank Rome, LLP, attorneys for Plaintiff.

2.    I have read the foregoing Complaint and I believe the contents thereof are true.

3.    The reason this Verification is made by deponent and not by Plaintiff is that Plaintiff is a foreign corporation, no officer or director of which is within this jurisdiction.

4.    The sources of my information and belief are documents provided to me and statements made to me by representatives of Plaintiff.

Jeremy J.O. Harwood

Sworn to before me this
13th day of November 2007

Notary Public
KARL V. REDA
Notary Public, State of New York
No. 30-4783126, Qual. in Nassau Cty.
Certificate Filed in New York County
Commission Expires   Nov-30 2009

900200.00001/6590622v.1                                  6

BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COBELFRET FERRIES NV,<br><br>            Plaintiff,<br><br>       v.<br><br>ADG SHIPMANAGEMENT, AMANDA SHIPPING CO. and BALTICA SHIPPING & TRADING,<br><br>           Defendants. | 07 Civ.<br><br>**AFFIDAVIT UNDER**<br>**SUPPLEMENTAL RULE B** |

STATE OF NEW YORK    )
                      : ss.:
COUNTY OF NEW YORK   )

      JEREMY J.O. HARWOOD, being duly sworn, deposes and says:

      1.    I am a member of the Bar of this Honorable Court and a member of the firm of Blank Rome, LLP, attorneys for the Plaintiff herein. I am familiar with the circumstances of the complaint and submit this affidavit in support of Plaintiff's request for the issuance of process of maritime attachment and garnishment of the property of defendants ADG SHIPMANAGEMENT, AMANDA SHIPPING CO. and BALTICA SHIPPING & TRADING, as Charterer of the M/V AMANDA, companies organized and

existing under the laws of Germany, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2.  The defendants are not incorporated or registered to do business in this State.

3.  Under my supervision, my office did a search of the New York State Secretary of State, Division of Corporations, Transportation Tickler (2006 edition), telephone assistance in New York City, and the internet Yellow Pages.

4.  In our search, we did not find any listing or reference to defendants in this district or state.

5.  I also searched their internet web sites, Ex. 1 hereto, which do not disclose any New York registration to do business or offices.

6.  In the circumstances, I believe the defendants cannot be "found" within this district.

7.  I attach as Exhibit 2 hereto a copy of the 2003 hire invoice by which ADG Shipmanagement GmbH, ("ADG") then the owner under the Charter, designated its agent Baltica Shipping & Trading Ltd. ("Baltica") as the "beneficiary" for hire payable in respect of the M/V AMANDA.

8.  I attach as Exhibit 3 a hire statement dated October 26, 2007 in which ADG Shipmanagement Ltd. likewise designates Baltica as "beneficiary" for all payments owing in respect of the M/V AMANDA by plaintiff.

9.  In the circumstances, and upon due inquiry, Baltica is the "paying agent" or beneficiary of sums owing to its principals ADG and/or Amanda and sums remitted to

2

Baltica in respect of the M/V AMANDA or other vessels owned by ADG and/or Amanda are subject to Rule B attachment.

10.    I attach, as Exhibit 4, a true copy of a writ to be issued in the English High Court against the Vessel *in rem* and her owners, as set forth, in respect of the claims for which security is sought herein.

Jeremy J.O. Harwood

Sworn to before me this
13th day of November, 2007

Notary Public

KARL V. REDA
Notary Public, State of New York
No. 30-4783126, Qual. in Nassau Cty.
Certificate Filed in New York County
Commission Expires NOV 30, 2009

# EXHIBIT 1

 

**ADG SHIPMANAGEMENT GmbH**

Company
Services
Our fleet
Quality system



Company

About u
Our offi

**Our offices**

**ADG Shipmanagement SIA**

■ Address:
 51 Elizabetes Str, , LV-1010,
 Riga, Latvia
■ Phone: +371 7 365354
■ Fax:+ 371 7 365360
■ E-mail: shipping@adg.lv
 Technical Department: adg@mailbox.riga.lv

**ADG Shipmanagement GmbH (Germany)**

■ Address:
 Ferdinandstrasse 2, 20095
 Hamburg, Germany
■ Phone: + 49 40 325521-0
■ Fax: +49 40 32526493, +49 40 32526498
■ Telex: 2163532adgd

**UNIMAR (Universal Maritime Assistance)**

■ Address:
 2nd Floor
 2, Vindavskaya Str.,
 198035 St.-Petersburg
 Russia
■ Phone/fax: +7 812 3246546
■ E-mail: adg-1@peterlink.ru

Company  Services  Our fleet  Quality system                 ■ top ■

Copyright: ADG Shipmanagement GmbH




# ADG SHIPMANAGEMENT GmbH



**Company**
**Services**
**Our fleet**
**Quality system**

## Our fleet

### Amanda

- **Built year**      1978

- **Tonnage**
  Deadweight    14093
  GRT           14715
  NRT           4414



**GENERAL:**

- **BUILT BY:**              Paul Lindenau Werft, Kiel, Germany
- **FLAG:**                  Belize
- **PORT OF REGISTRY:**      Belize
- **CLASS:**
- **MAIN ENGINE:**           Maskineri. 9-cyl, MaK diesel
- **OUTPUT:**                11.604kW
-
-
-
-
-
-
-
-
- **CARGO CAPACITY:**        1.810 Lanemeters / 130 trailers

ACCOMODATION FOR 12 DRIVERS
IS AVAILIABLE IN GOOD CONDITION

Company  Services  Our fleet  Quality system                    ■ top ■

Copyright: ADG Shipmanagement GmbH



# History

Our company **SIA (Ltd.) BALTICA SHIPPING** in Latvia was registered and started its activities as port agent in September 29, 1997 in port of Riga. Port agency is still our main occupation.

Our daughter company **Baltica Shipping Estonia OÜ** was created in November 5, 1999 with main office in Tallinn.

We are acting as port agents in all ports of Latvia and Estonia performing about 800 calls per year.

Zoom in

**The best Despat**

Tuesday November 13, 2007

Location    Contacts    Sitemap

Philosophy
History
Services
Ports of Latvia
Ports of Estonia
Membership
Our Crew
Photogallery

www.baltica.lv
WEBMASTER

© 2004-2005 Baltica Shipping
Revised: 11-Feb-2004 22:24

The best Despat

Tuesday November 13, 2007

# Ports of Activity

We are at your service in all ports of Latvia and Estonia.

In Latvia up to 500 vessels are handled at yearly basis with all kind of products (main activity - forest products).

**Ports in Latvia:**

Riga, Liepaja, Ventspils, Mersrags, Skulte, Salatsgriva, Roja, Engure.

Ports of Estonia



- Philosophy
- History
- Services
- Ports of Latvia
- Ports of Estonia
- Membership
- Our Crew
- Photogallery

www.baltica.lv
WEBMASTER

© 2004-2005 Baltica Shipping
Revised: 24-Jan-2005 6:03



The best Despat

Tuesday November 13, 2007

## Services

### I. Port agency - clearance.

### II. Organizing:

- ships' repair & delivery of spare parts,
- bunker supply,
- fresh water & provision supply,
- removing sludge & bilge waters,
- service for crew & passengers,
- crew change,

- ships' safety equipment and documentatio
- medical aid,
- airway tickets for seamen,
- other services in accordance with owners' order

Philosophy
History
Services
Ports of Latvia
Ports of Estonia
Membership
Our Crew
Photogallery

www.baltica.lv
WEBMASTER

© 2004-2005 Baltica Shipping
Revised: 24-Oct-2006 21:29

Contents

test

# EXHIBIT 2

# ADG SHIPMANAGEMENT GMBH

Representative office: Andrejostas 4a,
LV 1045, Riga, Latvia
Tel: +371 7 020609
Fax: +371 7 020606
E-mail: adg@mailbox.riga.lv

To    :    **FEARNLEYS**
ACCT :    **COBELFRET FERRIES NV**

FAX  :      +47 22 93 62 50

Invoice No 05 "AMANDA" 05/03
Date: 12.08.03

**MV "AMANDA"**

**C/P OSLO 13.05.03**

**Hire for period 16.08.03 00:00 – 31.08.03 24:00**

16 days          x     US$ 6.500,00                    = US$ 104.000,00

------------------------------------------------------------------------------------------------

**TOTAL**                                          **= US$ 104.000,00**

*Please latest 15.08.2003*

Please remit to:
**Beneficiary:**                 **Baltica Shipping & Trading Ltd.**

**Beneficiary's bank**           **Parex Bank, Riga**
**SWIFT Code**                   **PARXLV22**
**Account No**                   **6365071018**

**Correspondent bank**           **Bankers Trust Co, New York**
                                 **SWIFT: BKTRUS33**
**Correspondent Account**        **04 – 407 – 692**

ADG Shipmanagement GmbH
Financial Department
Lina Pogorilere

# EXHIBIT 3

From: 3717365363        +3717365360   47   229 <>
Subject: 1 page - Msg: 1781546 - 071026 090400
Date: 26.10.2007 09:04:59    (printed 26.10.2007 09:10:23)
26.ЛІТ.2007 10:03 +3717365360           ADG SHIPMANAGMENT           #2731 P.001 /001

# ADG SHIPMANAGEMENT LTD

*Post address:*
*Elizabetes 51,*
*LV 1010, Riga, Latvia*
*Tel: +371 7 365 356*
*Fax: +371 7 365 360*
*E-mail: accounting@adg.lv*

## INVOICE

To    :    **FEARNLEYS**
ACCT :    **COBELFRET FERRIES NV**

FAX  :    +47 22 93 62 50

**Invoice No 214/07**
Date: 26/10/2007

*MV "AMANDA"*

**C/P OSLO 13.05.03**

**Hire 105th installment for period 01/11/2007 00:00 – 15/11/2007 24:00**

| 15 days | x | EUR 8.230,00 | = EUR 123.450,00 |
|---|---|---|---|

---

**TOTAL**                                               **= EUR 123.450,00**

*Please make the money available on our account on 01/11/2007 latest*
*All bank charges should be on the remitters' account*

Please remit to:

| **Beneficiary:** | **Baltica Shipping & Trading Ltd.** |
|---|---|
| **Beneficiary's bank** | **Parex Bank, Riga** |
| **SWIFT Code** | **PARXLV22** |
| **IBAN account No** | **LV22 PARX 0006 3650 7101 8** |
| | *PLEASE USE IBAN REMITTING MONEY!!!* |

*Ekaterina Uspenskaya*
Accounting Department
ADG Shipmanagement Ltd
For and on behalf of owner

[ 071026-02801230 ] Page 1 of 1

# EXHIBIT 4



# Claim Form
## (Admiralty claim in rem)

| In the High Court of Justice |
| :--- |
| **Queen's Bench Division** |
| **Admiralty Court** |

| | *For court use only* |
| :--- | :--- |
| Claim No. | |
| Issue date | |

Admiralty claim in rem against
The vessel M/V "AMANDA"



SEAL

of the Port of Belize, Belize City

Claimants
Cobelfret Ferries N.V. of Belgium

Defendant
The Owners and/or demise charterers of the vessel M/V "AMANDA"

Brief details of claim:

The Claimants are the charterers of the Defendant vessel pursuant to a BALTIME 1939 charterparty dated 19 May 2003 and have overpaid hire in the sum of €128,181.17 (Euros one hundred and twenty eight thousand one hundred and eighty and seventeen cents), some of which has been admitted, but not paid. Despite requests for payment, these sums remain outstanding. In addition, the Defendant vessel has recently suffered a major engine breakdown and as a consequence of which the Defendant vessel is likely to undergo repairs and will not be at charterers disposal for approximately four months. The Claimants estimate that their loss of earnings for this period to be in the region of €550,000.00 (Euros five hundred and fifty thousand). There may be other claims arising out of the loss of use of the vessel, to be particularized as appropriate at a later stage. Therefore, the Claimants claim damages and/or an indemnity and/or restitution for breach of contract evidenced by the charterparty and/or breach of duty for sums including but not limited to €128,181.17 for overpaid hire, plus approximately €550,000.00 for anticipated loss of earnings, plus any other losses whatsoever arising out of or in connection with the loss of use of the vessel and/or any other cause whatsoever in respect of which the Court has jurisdiction, to be particularized as appropriate at a later stage. The Claimants also claim interest on all sums due, and costs.

Does or will your claim include any issues under the
Human Rights Act 1998                    Yes  [ ]          No  [ X ]

---

The Admiralty Registry within the Royal Courts of Justice, Strand, London WC2A 2LL is open between 10am and 4.30pm Monday to Friday.
Please address all correspondence to the admiralty registry and quote the claim number.

| Claim No. | |
|---|---|

## Particulars of Claim (attached)(to follow)

1. This claim form is issued under section B3.11/B4.4 of the Commercial Court Guide and may be served notwithstanding that it does not bear the seal of the Court.

2. A true copy of this claim form and endorsement has been transmitted to the Admiralty and Commercial Registry, Royal Courts of Justice, Strand, London WC2A 2LL, at the time and date certified below by the undersigned solicitor.

3. It is the duty of the undersigned solicitor or his agent to attend at the Registry when it is next open to the public for the claim form to be sealed.

4. Any person upon whom this unsealed claim form is served will be notified by the undersigned solicitor of the number of the case and may require the undersigned solicitor to serve a copy of the sealed claim form at an address in England and Wales and may inspect without charge the documents which have been lodged at the Registry by the undersigned solicitor.

5. I, the undersigned solicitor, undertake to the Court, to the defendants named in this claim form, and to any other person upon whom this claim form may be served:

    (i) that the statement in paragraph 2 above is correct;

    (ii) that the time and date given in the certificate at the foot of this endorsement are correct;

    (iii) that this claim form is a claim form which may be issued under section B3.11 (or B4.4, as the case may be) of the Commercial Court Guide;

    (iv) that I will comply in all respects with the requirements of section B3.11/B4.4 of the Commercial Court Guide;

    (v) that I will indemnify any person served with the claim form before it is sealed against any loss suffered as a result of the claim form being or becoming invalid in accordance with section B3.11/B4.4 of the Commercial Court Guide.

*(Signed)*

Solicitor for the claimant

---

Statement of Truth
*(I believe)(The Claimant believes) that the facts stated in these particulars of claim are true.
* I am duly authorised by the claimant to sign this statement

Full name _____

Name of claimant's solicitor's firm    Holman Fenwick & Willan

signed _____ position or office held _____

*(Claimant)(Claimant's solicitor)    (if signing on behalf of firm or company)

*delete as appropriate

---

Holman Fenwick & Willan
Marlow House,
Lloyd's Avenue,
London, EC3N 3AL

Fax: +44 (0)20 7481 0316
E-mail: holmans@hfw.co.uk

HFWLDN\4720908-1

Claimant's or claimant's solicitor's address to which documents or payments should be sent if different from overleaf including (if appropriate) details of DX, fax or e-mail.