BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COBELFRET FERRIES NV,<br><br>                    Plaintiff,<br><br>         v.<br><br>ADG SHIPMANAGEMENT, AMANDA SHIPPING CO. and BALTICA SHIPPING & TRADING,<br><br>                    Defendants. | 07 Civ. 10301 (WHP)<br><br>**NOTICE OF DISMISSAL PURSUANT TO F. R. CIV. P. RULE 41(a)(1)** |

WHEREAS Plaintiff, COBELFRET FERRIES NV, filed the captioned Complaint and Defendants ADG SHIPMANAGEMENT, AMANDA SHIPPING CO. and BALTICA SHIPPING & TRADING, have not filed an appearance or answered or moved.

NOW, Plaintiff hereby consents to dismiss the action pursuant to F. R. Civ. P. Rule 41(a)(1) without prejudice and without costs and release all sums attached at garnishee banks.

Dated: New York, New York
       February 8, 2008

                                        Respectfully submitted

                                        By: _____
                                            Jeremy J.O. Harwood
                                            BLANK ROME LLP
                                            405 Lexington Avenue
                                            New York, NY 10174
                                            *Attorneys for Plaintiff*

The Clerk of Court is directed to mark this case closed.
SO ORDERED:
_____
WILLIAM H. PAULEY III U.S.D.J.
2/20/2008

128676.00601/6614587v.1